No. 2159.—CITY OF NEW ORLEANS v. MERCHANTS MUTUAL INSURANCE COMPANY.

The appeal will be dismissed if the transcript is not filed in the Supreme Court within three judicial days after the time allowed the appellant to bring up the record.

APPEAL from the Seventh District Court, parish of Orleans, *Collens*, J. *F. Michinard*, for plaintiff and appellant, *A. & M. Voorhies*, for defendant and appellee.

TALIAFERRO, J. The motion to dismiss this appeal must prevail. The transcript of proceedings in the lower court was not filed in this court within three judicial days after the time allowed for the appellant to file the record.

It is therefore ordered that this appeal be dismissed at costs of the appellant.